[No. 11348.· In Bank. — November 29, 1886.]

STEPHEN LARKIN, APPELLANT, v. JENNIE LAR-
KIN, RESPONDENT.

DIVORCE — APPEAL BY WIFE — COSTS AND COUNSEL FEES. — The Superior
Court has power in an action of divorce, after an appeal has been taken
by the wife from a judgment rendered against her, to compel the hus-
band to pay her a reasonable sum of money for costs and counsel fees
with which to prosecute the appeal.

APPEAL from an order of the Superior Court of Ala-
meda County awarding costs and counsel fees in an ac-
tion of divorce.

The facts are stated in the opinion of the court.

*Thomas H. Smith,* and *Mastick, Belcher & Mastick,* for
Appellant.

*Charles F. Hanlon,* for Respondent.

SHARPSTEIN, J. — This is an appeal from an order
made after final judgment in an action of divorce. The
judgment was in favor of the plaintiff, and the defendant
appealed from it and the order denying her motion for
a new trial to this court. After taking such appeal she
applied to the court below for an order that the plaintiff
pay to her, defendant, a reasonable sum for costs and
counsel fees with which to prosecute her said appeal.
The motion was heard on the affidavits of the respective
parties, and an order made that the plaintiff pay the
attorney of the defendant $175 as costs of her said ap-
peal. From that order this appeal is taken.

In *Ex parte Winters,* 70 Cal. 291, it was held that the
Superior Court had the power to make such an order,
and to enforce compliance with it.

Appellant on this appeal insists that the facts before
the court were insufficient to justify the order. As we

view it, there is sufficient in the record to sustain the action of the court.

Order affirmed.

THORNTON, J., McKINSTRY, J., and MORRISON, C. J., concurred.